50 A.3d 1255

**Rey HENRIQUEZ, Appellant**

v.

**DEPARTMENT OF CORRECTIONS, Superintendent of Sci Coal Township, Unit Manager D–Block B–Side Counselor, et al., Appellees.**

Supreme Court of Pennsylvania.

Aug. 20, 2012.

## ORDER

PER CURIAM.

**AND NOW,** this 20th day of August, 2012, the order of the Commonwealth Court is hereby **AFFIRMED.**